UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 20 S BROADWAY OWNER, LLC, | Case No.: 24-22155 (SHL) |
| Reorganized Debtor. | |

------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

**Nico G. Pizzo**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Suffolk, New York;

On the 2nd day of July, 2026 deponent served the **DECLARATION IN FURTHER SUPPORT OF THE PLAN ADMINISTRATOR'S MOTION FOR AN ORDER OF CIVIL CONTEMPT AND FOR ADDITIONAL SANCTIONS FOR ATTORNEY'S FEES,** upon the attorneys/parties listed on the annexed list at the addresses listed, by first class mail and electronic mail to:

See attached service list

*/s/ Nico G. Pizzo*
Nico G. Pizzo

Sworn to before me this
2nd day of July, 2026

*/s/Avrum J. Rosen*
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

# **Service List**

**By Federal Express Overnight Mail to:**
Itzhak Hershko
441 Black Meadow Rd
Chester, NY 10918-2221

Itzhak Hershko
299 Buckingham Rd
Cedarhurst, NY 11516

Dawn Ziccardi
441 Black Meadow Rd
Chester, NY 10918-2221

Shannon Cody McKinley, Esq.
McKinley Law, P.C.
30 Forrest Drive
Lloyd Harbor, NY 11743

**By Electronic Mail to:**
smckinley@mckinleylawpc.com